## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

IN THE MATTER OF: )
)
LE ANNE WISEMAN ) 4:10 MC 196 CDP
)

## ORDER

This Court has been advised by receipt of a certified copy of the January 13, 2010 order of the Supreme Court of Missouri, entered in **In re: Le Anne Wiseman**, Cause No. 90518, indicating that Le Anne Wiseman has been suspended from the practice of law by the Supreme Court of Missouri.

Le Anne Wiseman has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated April 5, 2010 directing Le Anne Wiseman to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served on the Respondent by certified mail at her last known address, and receipt for delivery was filed with the Court on April 9, 2010. Respondent has failed to file a response within the time set by the Court's order. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Le Anne Wiseman pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Le Anne Wiseman be suspended from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 4th day of June, 2010.

BY THE COURT:

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Senior Judge Donald J. Stohr

_____
Senior Judge E. Richard Webber

_____
Senior Judge Charles A. Shaw